B9A (Official Form 9A) (Chapter 7 Individual or Joint Debtor No Asset Case) (12/07)     Case Number **10–00843 F**

## UNITED STATES BANKRUPTCY COURT Northern District of Iowa

## Notice of
## Chapter 7 Bankruptcy Case, Meeting of Creditors, & Deadlines

A chapter 7 bankruptcy case concerning the debtor(s) listed below was filed on 3/31/10. You may be a creditor of the debtor. **This notice lists important deadlines.** You may want to consult an attorney to protect your rights.

All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below. NOTE: The staff of the bankruptcy clerk's office cannot give legal advice.

**See Reverse Side For Important Explanations**

Debtor(s) (name(s) and address):
Mischelle L. Reed
aka Mischelle Lea Reed
108 Westwood Dr
Estherville, IA 51334

| | |
|---|---|
| Case Number: 10–00843 F<br>Office Code: 3 | Social Security/Taxpayer ID nos:<br>xxx–xx–2666 |
| Attorney for Debtor(s) (name and address):<br>David D. Forsyth<br>Forsyth Law Office<br>121 North 6th Street<br>Estherville, IA 51334<br>Telephone number: 712–362–2637 | Bankruptcy Trustee (name and address):<br>David A. Sergeant<br>1728 Central Avenue, Ste. 3<br>Fort Dodge, IA 50501<br>Telephone number: 515–576–0333 |

### Meeting of Creditors

Date: **April 26, 2010**        Time: **11:00 AM**

Location: **Fort Dodge Public Library, Library Meeting Room, 424 Central Ave., Fort Dodge, IA 50501**

### Presumption of Abuse under 11 U.S.C. § 707(b)
*See "Presumption of Abuse" on reverse side.*

The presumption of abuse does not arise.

### Deadlines:
Papers must be *received* by the bankruptcy clerk's office by the following deadlines:

**Deadline to File a Complaint Objecting to Discharge of the Debtor or to Determine Dischargeability of Certain Debts: 6/25/10**
**Deadline to File Reaffirmation Agreement: 6/25/10**

### Deadline to Object to Exemptions:
Thirty (30) days after the *conclusion* of the meeting of creditors.

### Creditors May Not Take Certain Actions:

In most instances, the filing of the bankruptcy case automatically stays certain collection and other actions against the debtor and the debtor's property. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although the debtor can request the court to extend or impose a stay. If you attempt to collect a debt or take other action in violation of the Bankruptcy Code, you may be penalized. Consult a lawyer to determine your rights in this case.

NOTICE IS GIVEN that during the course of administration, the Chapter 7 trustee in this case may sell, abandon, or otherwise dispose of property, including the compromise or settlement of controversies, by filing a report of such intended action with the Clerk, with a copy served upon the U.S. Trustee, debtor(s), debtor(s) counsel, and those creditors and equity security holders who have requested notice pursuant to Rule 2002 of the Bankruptcy Rules. Any party requesting a notice pursuant to Rule 2002 must file a request for notice with the Clerk of the Bankruptcy Court specifically referring to Rule 2002 and shall serve a copy of that request for notice upon debtor(s) counsel, trustee, and U.S. Trustee, at the addresses set forth in the notice of first meeting of creditors. Any party objecting to such action by the trustee shall file such objection with the Clerk of Bankruptcy Court, serving a copy on the moving party, trustee, U.S. Trustee, debtor(s) and debtor(s) counsel within 21 days after the filing of such report.

### Please Do Not File a Proof of Claim Unless You Receive a Notice To Do So.

### Creditor with a Foreign Address:
A creditor to whom this notice is sent at a foreign address should read the information under "Do Not File a Proof of Claim at This Time" on the reverse side.

| | |
|---|---|
| **Address of the Bankruptcy Clerk's Office:**<br>P.O. Box 3857<br>U.S. Courthouse<br>320 Sixth Street<br>Sioux City, IA 51102–3857<br>Telephone number: (712) 233–3939 | **For the Court:**<br>Clerk of the Bankruptcy Court:<br>Sean F. McAvoy |
| Hours Open: Monday – Friday 8:00 AM – 4:30 PM | Date: 4/1/10 |

Case 10-00843    Doc 5    Filed 04/03/10    Entered 04/04/10 00:21:14    Desc Imaged
Certificate of Service    Page 2 of 4
Additional court and case information available at **www.ianb.uscourts.gov**

## EXPLANATIONS

B9A (Official Form 9A) (12/07)

| | |
|---|---|
| Filing of Chapter 7 Bankruptcy Case | A bankruptcy case under Chapter 7 of the Bankruptcy Code (title 11, United States Code) has been filed in this court by or against the debtor(s) listed on the front side, and an order for relief has been entered. |
| **Legal Advice** | The staff of the bankruptcy clerk's office cannot give legal advice. Consult a lawyer to determine your rights in this case. |
| Creditors Generally May Not Take Certain Actions | Prohibited collection actions are listed in Bankruptcy Code §362. Common examples of prohibited actions include contacting the debtor by telephone, mail or otherwise to demand repayment; taking actions to collect money or obtain property from the debtor; repossessing the debtor's property; starting or continuing lawsuits or foreclosures; and garnishing or deducting from the debtor's wages. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although the debtor can request the court to extend or impose a stay. |
| Presumption of Abuse | If the presumption of abuse arises, creditors may have the right to file a motion to dismiss the case under § 707(b) of the Bankruptcy Code. The debtor may rebut the presumption by showing special circumstances. |
| Meeting of Creditors | A meeting of creditors is scheduled for the date, time and location listed on the front side. *The debtor (both spouses in a joint case) must be present at the meeting to be questioned under oath by the trustee and by creditors.* All individual debtors must provide picture identification and proof of social security number to the trustee at the meeting of creditors. Failure to do so may result in your case being dismissed. Creditors are welcome to attend, but are not required to do so. The meeting may be continued and concluded at a later date without further notice. |
| Do Not File a Proof of Claim at This Time | There does not appear to be any property available to the trustee to pay creditors. *You therefore should not file a proof of claim at this time.* If it later appears that assets are available to pay creditors, you will be sent another notice telling you that you may file a proof of claim, and telling you the deadline for filing your proof of claim. If this notice is mailed to a creditor at a foreign address, the creditor may file a motion requesting the court to extend the deadline. |
| Discharge of Debts | The debtor is seeking a discharge of most debts, which may include your debt. A discharge means that you may never try to collect the debt from the debtor. If you believe that the debtor is not entitled to receive a discharge under Bankruptcy Code §727(a) *or* that a debt owed to you is not dischargeable under Bankruptcy Code §523(a)(2), (4), or (6), you must start a lawsuit by filing a complaint in the bankruptcy clerk's office by the "Deadline to File a Complaint Objecting to Discharge of the Debtor or to Determine Dischargeability of Certain Debts" listed on the front side. The bankruptcy clerk's office must receive the complaint and any required filing fee by that Deadline. |
| Exempt Property | The debtor is permitted by law to keep certain property as exempt. Exempt property will not be sold and distributed to creditors. The debtor must file a list of all property claimed as exempt. You may inspect that list at the bankruptcy clerk's office. If you believe that an exemption claimed by the debtor is not authorized by law, you may file an objection to that exemption. The bankruptcy clerk's office must receive the objections by the "Deadline to Object to Exemptions" listed on the front side. |
| Bankruptcy Clerk's Office | Any paper that you file in this bankruptcy case should be filed at the bankruptcy clerk's office at the address listed on the front side. You may inspect all papers filed, including the list of the debtor's property and debts and the list of the property claimed as exempt, at the bankruptcy clerk's office. |
| Appointment of Trustee | The trustee named in this notice is the interim trustee appointed by the U.S. Trustee to serve under general blanket bond. |
| Tax Returns to Trustee | Per Section 521(e), individual debtor(s) are required to provide to the trustee, no later than 7 days prior to the date set for the first meeting of creditors, a copy of the Federal Income Tax return for the most recent tax year ending immediately before the commencement of the case. |
| Creditor with a Foreign Address | Consult a lawyer familiar with United States bankruptcy law if you have any questions regarding your rights in this case. |

**Refer to Other Side for Important Deadlines and Notices**

Case 10-00843   Doc 5   Filed 04/03/10   Entered 04/04/10 00:21:14   Desc Imaged
                        Certificate of Service       Page 4 of 4

# CERTIFICATE OF NOTICE

```
District/off: 0862-3          User: cadmin                  Page 1 of 1                   Date Rcvd: Apr 01, 2010
Case: 10-00843                Form ID: 769                  Total Noticed: 34

The following entities were noticed by first class mail on Apr 03, 2010.
 db           +Mischelle L. Reed,    108 Westwood Dr,    Estherville, IA 51334-1859
 aty          +David D. Forsyth,    Forsyth Law Office,    121 North 6th Street,    Estherville, IA 51334-2228
 tr           +David A. Sergeant,    1728 Central Avenue, Ste. 3,    Fort Dodge, IA 50501-4200
 ust          +United States Trustee,    Law Building Suite 400,    225 2nd Street SE,
                Cedar Rapids, IA 52401-1400
1660900       +ACS/Dept of Education,    Attn: Borrowers Service Dept,    PO Box 5202,    Greenville TX 75403-5202
1660898       +Aberdeen Pediatrics,    Physicians Plaza - Ste E205,    201 S Lloyd St,    Aberdeen SD 57401-4552
1660899       +Accounts Management, Inc.,    PO Box 1843,    Sioux Falls SD 57101-1843
1660895        Avera McKennan Hospital,    Avera Clinic Patient Acct Services,    2400 S Minnesota Ave - Ste 100,
                PO Box 86370,    Sioux Falls SD 57118-6370
1660901      ++COLLECT AMERICA LTD,    4340 S MONACO PKWY,    2ND FL,    DENVER CO 80237-3408
               (address filed with court: CACH, LLC,     370 17th St - Ste 5000,    Denver CO  80202)
1660903       +CitiFinancial,    PO Box 499,    Hanover MD 21076-0499
1660902       +CitiFinancial,    522 Moccasin Dr,    Aberdeen SD 57401-5059
1660904       +CitiFinancial II,    522 Moccasin Dr,    Aberdeen SD 57401-5059
1660915        Creditors Interchange,    PO Box1335,    Buffalo NY 14240-1335
1660905       +Diagnostic Radiologic Imaging PA,    PO Box 338,    Worthington MN 56187-0338
1660906       +Emmet County Sheriff,    Law Enforcement Center,    114 N 6th St,    Estherville IA 51334-2260
1660907        Greystone Alliance LLC,    PO Box  1810,    Buffalo NY 14240-1810
1660908       +Gurstel Staloch & Chargo,    6681 Country Club Dr,    Golden Valley MN 55427-4601
1660909       +Hauge Associates,    2320 W 49th St,    PO Box 88610,    Sioux Falls SD 57109-8610
1660912        LVNV Funding LLC,    c/o Redline Recovery Services LLC,    95 John Muir Dr,
                Amherst NY  14228-1144
1660910       +Law Offices of Harold Scherr, P.A.,    1064 Greenwood Blvd - Ste 328,    Lake Mary  FL 32746-5419
1660913       +Physicians Laboratory Ltd,    1000 E 21st - Ste 4100,    Sioux Falls SD 57105-1015
1660914       +Rausch Sturm Israel Enerson Hornik,    Attorneys at Law,    319 7th St - Ste 428,
                Des Moines IA 50309-3826
1660916       +Shanon Reed,    415 W 5th Ave N,    Estherville IA 51334-1222
1660917       +Siouxland Dental Health Association,    c/o Noll Collection Service,    705 Douglas St #34,
                Sioux City IA 51101-1048
1660918        St. Alexius Clinics,    900 E Broadway,    PO Box 997,    Bismarck ND 58502-0997
1660897       +US Dept of Education,    Attn: Borrowers Service Dept,    PO Box 5202,    Greenville TX 75403-5202
1660920       +Wells Fargo Educational Financial S,    Attn: Collection Servicing - 1st Fl,    MAC X2505-016,
                1 Home Campus,    Des Moines IA 50328-0001
1660921       +Wells Fargo Home Mortgage,    7255 Baymeadows Way,    Jacksonville FL 32256-6851
1660922       +Wells Fargo Home Mortgage I,    PO Box 10368,    Des Moines IA 50306-0368
1660923       +Wells Fargo Home Mortgage II,    PO Box 10335,    Des Moines IA 50306-0335
The following entities were noticed by electronic transmission on Apr 01, 2010.
1660894       +EDI: ARROW.COM Apr 01 2010 17:33:00      Arrow Financial Services,    5996 W Touhy Ave,
                Niles IL 60714-4610
1660896       +EDI: HFC.COM Apr 01 2010 17:33:00      HSBC Bank,    PO Box 5253,    Carol Stream IL 60197-5253
1660911       +E-mail/Text: charlie@litowlaw.com                            Litow Law Office,    PO Box 2165,
                Cedar Rapids IA 52406-2165
1660919       +EDI: WFFC.COM Apr 01 2010 17:33:00      Wells Fargo,    301 E 58th St N,
                Sioux Falls SD 57104-0422
                                                                                              TOTAL: 4

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).
```

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 9):** Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

**Date: Apr 03, 2010**                       **Signature:** *Joseph Speetjens*